UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    WESTERN DIVISION

---

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 )
HEALTH AND WELFARE FUND, by Barbara Lane, as Administrator, )
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 )
PENSION FUND, by Barbara Lane, as Administrator; INTERNATIONAL )
UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, by )
Barbara Lane, as Administrator; LOCAL 98 ENGINEERS JOINT )
TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY )      **STIPULATION**
EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara )    **EXTENDING TIME**
Lane, as Administrator; CENTRAL PENSION FUND OF THE )         **TO ANSWER**
INTERNATIONAL UNION OF OPERATING ENGINEERS AND )
PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief )
Executive Officer; and INTERNATIONAL UNION OF OPERATING )    Civil Action No.
ENGINEERS LOCAL 98, AFL-CIO, by Eugene P. Melville, Jr., as Business )  3:10-cv-30183 MAP
Manager, )
)
                    Plaintiffs, )
        v. )
)
COOPER EXCAVATING & TRUCKING, INC.; BRUCE COOPER, II, )
Individually and as an Officer of COOPER EXCAVATING AND )
TRUCKING, INC., )
                    Defendants. )

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that Defendants' time to submit their Answer to the Complaint is extended to November 5, 2010. Defendants' time to move or otherwise respond to the Complaint is not extended by this Stipulation.

DATED: October 15, 2010            **BLITMAN & KING, LLP**

                        By: _Charles E. Blitman_
                            Charles E. Blitman, of Counsel
                            Bar Roll No. 643158
                            Attorneys for Plaintiffs
                            Office and Post Office Address
                            Franklin Center, Suite 300
                            443 North Franklin Street
                            Syracuse, New York 13204-1415
                            Telephone: (315) 422-7111
                            Facsimile: (315) 471-2623
                            Email: ceblitman@bklawyers.com

DATED: October ___, 2010

LAW OFFICES OF KEITH A. MINOFF, ESQ.

By: _____
Keith A. Minoff, Esq.
Bar Roll No.: 55/536
Attorneys for Defendants
1350 Main Street, Suite 1003
Springfield, Massachusetts 01103
Telephone: (413) 301-0866
Facsimile: (413) 328-7406

SO ORDERED:

_____
HON. MICHAEL A. PONSOR
UNITED STATES DISTRICT JUDGE
10·22·10

colNgNIUOE98-Cooper Excavating-StipExtendTime(2)

2