UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS          WESTERN DIVISION

---

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND )
WELFARE FUND, by Barbara Lane, as Administrator, INTERNATIONAL )
UNION OF OPERATING ENGINEERS LOCAL 98 PENSION FUND, by Barbara )
Lane, as Administrator; INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL 98 ANNUITY FUND, by Barbara Lane, as Administrator; LOCAL 98 )
ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND, by Barbara Lane, as )
Administrator; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION )    Civil Action No.
OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. )  3:10-cv-30183 (MAP)
Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF )
OPERATING ENGINEERS LOCAL 98, AFL-CIO, by Eugene P. Melville, Jr., as )
Business Manager, )
  )
                            Plaintiffs, )
  v. )
  )
COOPER EXCAVATING & TRUCKING, INC.; BRUCE COOPER, II, Individually )
and as an Officer of COOPER EXCAVATING AND TRUCKING, INC. )
  )
                            Defendants. )
  )

---

**LOCAL RULE 16.1(b) & (d)(3)**

Charles E. Blitman, Esq., counsel for Plaintiffs and Plaintiffs state that they have conferred with a view toward establishing a budget for the costs of conducting the full course and various alternative courses of litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution, such as those outlined in Local Rule 16.4.

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, LOCAL 98 ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERTING ENGINEERS AND PARTICIPATING EMPLOYERS

DATED: December 9, 2010      By: *Barbara M. Lane*
Barbara M. Lane
Administrator of the I.U.O.E. Local 98 Health and Welfare, Pension and Annuity Funds, Local 98 Engineers Joint Training, Retraining, Skill Improvement, Safety Education, Apprenticeship and Training Fund and Collection Agent for the Central Pension Fund of the International Union of Operating Engineers and Participating Employers

INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, LOCAL 98 ENGINEERS JOINT TRAINING , RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP, AND TRAINING FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, AND INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO

DATED: December 9, 2010      By: *Eugene P. Melville*
Eugene P. Melville, Jr.
Business Manager of International Union of Operating Engineers Local 98 and Trustee of International Union of Operating Engineers Local 98 Health and Welfare, Pension and Annuity Funds, Local 98 Engineers Joint Training, Retraining, Skill Improvement, Safety Education, Apprenticeship and Training Fund, and International Union of Operating Engineers Local 98 and Employers Cooperative Trust

|  |  | BLITMAN & KING LLP |
|---|---|---|
| DATED: December ___, 2010 | By: | *Charles E. Blitman* |

Charles E. Blitman, Esq.
BBO No.: 653148
Attorneys for INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, LOCAL 98 ENGINEERS JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 AND EMPLOYERS COOPERATIVE TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, AND INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, NY 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: ceblitman@bklawyers.com

coll/legal/CooperExcavating-LR16.1(b)&(d)(3)